# Exhibit 2

| US10887364 | BBC ("The accused instrumentality") |
|---|---|
| 20. A system of a broadcaster streaming media content on the Internet comprising: | The accused instrumentality discloses utilizing a system (e.g., a backend system of the broadcaster, etc.) of a broadcaster (e.g., a content provider) streaming media content (e.g., video news, podcasts, etc.) on the Internet.<br><br>As shown below, the accused instrumentality receives media from content provider facilities and streams it to viewers over the internet via its website and apps. It allows viewers to watch news, podcasts, streaming content, etc.<br><br><br><br>https://www.bbc.com/ |

# The BBC is the world's leading public service broadcaster

We're impartial and independent, and every day we create distinctive, world-class programmes and content which inform, educate and entertain millions of people in the UK and around the world.

We do this across:

- A portfolio of television services, including the UK's most-watched channel BBC One and our multi award-winning channels for children, as well as national and regional television programmes and services across England, Northern Ireland, Scotland and Wales

- Ten UK-wide radio networks, providing the best live music broadcasting in the UK, as well as speech radio which informs, educates and entertains. We also have two national radio services each in Scotland, Wales and Northern Ireland and local radio stations across England and the Channel Islands, providing an invaluable and unique service to listeners across the UK

- Our digital services including BBC News, Sport, Weather CBBC and CBeebies, iPlayer and BBC Sounds, BBC Red Button and our vast archive

- **BBC World Service** television, radio and online on more than 40 languages

https://www.bbc.com/aboutthebbc

From Thursday, frequent U.S. visitors to the BBC's news website will have to pay $49.99 per year or $8.99 per month for unlimited access to news articles, feature stories, and a 24-hour livestream of its news programmes.

While its services will remain free to British users as part of its public service remit, its news website operates commercially and reaches 139 million users worldwide, including nearly 60 million in the U.S.

The new pay model uses an engagement-based system, the corporation said in a statement, allowing casual readers to access free content.

"Over the next few months, as we test and learn more about audience needs and habits, additional long-form factual content will be added to the offer for paying users," said Rebecca Glashow, CEO of BBC Global Media & Streaming.

https://www.reuters.com/business/media-telecom/bbc-rolls-out-paid-subscriptions-us-users-2025-06-26/

The BBC wants to make people in the US pay for its content. The public broadcaster announced on Thursday that it will start offering US-based users an $8.99 per month (or $49.99 per year) subscription for "unlimited" access to news stories, feature reports, and the BBC News channel livestream.

Users in the US will still get free access to "select" breaking news stories, BBC Radio 4 and BBC World Service radio livestreams, BBC World Service sites, as well as newsletters and podcasts. BBC.com will use a "dynamic pay model" to show paywalls to certain readers depending on how much they read and how long they're on the site.

https://www.theverge.com/news/693566/bbc-online-tv-content-paywall-subscription-us



https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US



## BBC: World News & Stories

About this app

&times;

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US



https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US



https://www.bbc.com/video

| a. a computing system of the broadcaster configured to receive broadcast media content from facilities of the broadcaster; | The accused instrumentality discloses a computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive broadcast media content (e.g., video news, podcasts, etc.) from facilities of the broadcaster (e.g., a content provider).<br><br>As shown below, the accused instrumentality receives media content from broadcast facilities. |

# The BBC is the world's leading public service broadcaster

We're impartial and independent, and every day we create distinctive, world-class programmes and content which inform, educate and entertain millions of people in the UK and around the world.

We do this across:

- A portfolio of television services, including the UK's most-watched channel BBC One and our multi award-winning channels for children, as well as national and regional television programmes and services across England, Northern Ireland, Scotland and Wales
- Ten UK-wide radio networks, providing the best live music broadcasting in the UK, as well as speech radio which informs, educates and entertains. We also have two national radio services each in Scotland, Wales and Northern Ireland and local radio stations across England and the Channel Islands, providing an invaluable and unique service to listeners across the UK
- Our digital services including BBC News, Sport, Weather CBBC and CBeebies, iPlayer and BBC Sounds, BBC Red Button and our vast archive
- **BBC World Service** television, radio and online on more than 40 languages

https://www.bbc.com/aboutthebbc

| | |
|---|---|
| | From Thursday, frequent U.S. visitors to the BBC's news website will have to pay $49.99 per year or $8.99 per month for unlimited access to news articles, feature stories, and a 24-hour livestream of its news programmes.<br><br>While its services will remain free to British users as part of its public service remit, its news website operates commercially and reaches 139 million users worldwide, including nearly 60 million in the U.S.<br><br>The new pay model uses an engagement-based system, the corporation said in a statement, allowing casual readers to access free content.<br><br>"Over the next few months, as we test and learn more about audience needs and habits, additional long-form factual content will be added to the offer for paying users," said Rebecca Glashow, CEO of BBC Global Media & Streaming.<br><br>https://www.reuters.com/business/media-telecom/bbc-rolls-out-paid-subscriptions-us-users-2025-06-26/ |

The BBC wants to make people in the US pay for its content. The public broadcaster announced on Thursday that it will start offering US-based users an $8.99 per month (or $49.99 per year) subscription for "unlimited" access to news stories, feature reports, and the BBC News channel livestream.

Users in the US will still get free access to "select" breaking news stories, BBC Radio 4 and BBC World Service radio livestreams, BBC World Service sites, as well as newsletters and podcasts. BBC.com will use a "dynamic pay model" to show paywalls to certain readers depending on how much they read and how long they're on the site.

https://www.theverge.com/news/693566/bbc-online-tv-content-paywall-subscription-us



https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US



## BBC: World News & Stories

About this app

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US

**Can I save video to watch later?**

No. Currently, the BBC offers video and audio clips as streams which are only available when your device has a network connection.

**How can I use the BBC News app when not connected to the internet?**

The app will automatically save stories on the device for reading when you don't have a network connection.

As video and audio clips are streamed to the device, these won't be available when you don't have a network connection.

https://www.bbc.com/news/help-23100271



[https://www.bbc.com/video](https://www.bbc.com/video)

## Delivery of content

Our content delivery method varies based on both the type of content and the geographic location of the requester. For the most part, we serve our various classes of website content from specific hostnames. This allows us to route requests for e.g. web pages differently to requests for e.g. static assets (images, stylesheets, Javascript etc.) and tune the infrastructure involved accordingly.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Web pages

Requests for web pages from users in the UK & European are served direct from our UK origin (see "UK origin" below) under normal circumstances; though we maintain the option to switch traffic to a CDN — we test this regularly with live traffic. Requests for web pages from all other geographies are *always* served via a CDN (see "CDN" below).

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

**CDN**

As noted above, we use CDNs for non-UK/EU web page delivery and also for the majority of our web page assets for all geographies.

CDNs provide local-to-the-user TLS termination, content caching and persistent connections (to save the latency of creating new connections with TLS handshakes for each request) to our origin, all of which aid performance.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Live Streaming by the BBC and ITV

The BBC uses two external CDNs called Akamai and Limelight (now known as Edgio), and have more recently built their own CDN called BIDI ("BBC Internet Distribution Infrastructure"). Testing observed only Akamai and Limelight being used for BBC live streaming. The BBC uses a blend of HLS, HDS, and DASH, depending upon the client type.

https://www.thousandeyes.com/blog/beyond-speed-tests-cdn-performance

| b. the computing | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the |

| | |
|---|---|
| system of the broadcaster configured to stream the broadcast media content on the Internet to audience web pages; | broadcaster (e.g., a content provider) configured to stream the broadcast media content (e.g., video news, podcasts, etc.) on the Internet to audience web pages (e.g., a web page of the accused instrumentality).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (bbc.com).<br><br>The BBC wants to make people in the US pay for its content. The public broadcaster announced on Thursday that it will start offering US-based users an $8.99 per month (or $49.99 per year) subscription for "unlimited" access to news stories, feature reports, and the BBC News channel livestream.<br><br>Users in the US will still get free access to "select" breaking news stories, BBC Radio 4 and BBC World Service radio livestreams, BBC World Service sites, as well as newsletters and podcasts. BBC.com will use a "dynamic pay model" to show paywalls to certain readers depending on how much they read and how long they're on the site.<br><br>https://www.theverge.com/news/693566/bbc-online-tv-content-paywall-subscription-us |



## BBC: World News & Stories

About this app

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US

**Can I save video to watch later?**

No. Currently, the BBC offers video and audio clips as streams which are only available when your device has a network connection.

**How can I use the BBC News app when not connected to the internet?**

The app will automatically save stories on the device for reading when you don't have a network connection.

As video and audio clips are streamed to the device, these won't be available when you don't have a network connection.

https://www.bbc.com/news/help-23100271



https://www.bbc.com/video

## Delivery of content

Our content delivery method varies based on both the type of content and the geographic location of the requester. For the most part, we serve our various classes of website content from specific hostnames. This allows us to route requests for e.g. web pages differently to requests for e.g. static assets (images, stylesheets, Javascript etc.) and tune the infrastructure involved accordingly.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Web pages

Requests for web pages from users in the UK & European are served direct from our UK origin (see "UK origin" below) under normal circumstances; though we maintain the option to switch traffic to a CDN — we test this regularly with live traffic. Requests for web pages from all other geographies are *always* served via a CDN (see "CDN" below).

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## CDN

As noted above, we use CDNs for non-UK/EU web page delivery and also for the majority of our web page assets for all geographies.

CDNs provide local-to-the-user TLS termination, content caching and persistent connections (to save the latency of creating new connections with TLS handshakes for each request) to our origin, all of which aid performance.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

# Live Streaming by the BBC and ITV

The BBC uses two external CDNs called Akamai and Limelight (now known as Edgio), and have more recently built their own CDN called BIDI ("BBC Internet Distribution Infrastructure"). Testing observed only Akamai and Limelight being used for BBC live streaming. The BBC uses a blend of HLS, HDS, and DASH, depending upon the client type.

https://www.thousandeyes.com/blog/beyond-speed-tests-cdn-performance



https://www.bbc.com/video



*Source: Fiddler Capture*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

| | |
|---|---|
| | Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.  https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8 |
| c. audience web pages presented to users by a web server of the broadcaster and configured to play the streamed broadcast media | The accused instrumentality discloses audience web pages (e.g., a web page of the accused instrumentality) presented to users (e.g., viewers) by a web server (e.g., an edge server) of the broadcaster (e.g., a content provider) and configured to play the streamed broadcast media content (e.g., video news, podcasts, etc.). As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming |

| content; | servers. The media streams through the Internet to web pages (bbc.com). The web pages that viewers access on BBC website, are delivered from BBC edge servers that are located geographically closer to users to improve speed. These edge servers act as the web servers of the broadcaster (BBC) and are responsible for hosting and serving the HTML, JavaScript, and media player components that make up each news video. |
|---|---|



BBC: World News & Stories ✕

About this app

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US

**Can I save video to watch later?**

No. Currently, the BBC offers video and audio clips as streams which are only available when your device has a network connection.

**How can I use the BBC News app when not connected to the internet?**

The app will automatically save stories on the device for reading when you don't have a network connection.

As video and audio clips are streamed to the device, these won't be available when you don't have a network connection.

https://www.bbc.com/news/help-23100271



https://www.bbc.com/video

## Delivery of content

Our content delivery method varies based on both the type of content and the geographic location of the requester. For the most part, we serve our various classes of website content from specific hostnames. This allows us to route requests for e.g. web pages differently to requests for e.g. static assets (images, stylesheets, Javascript etc.) and tune the infrastructure involved accordingly.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Web pages

Requests for web pages from users in the UK & European are served direct from our UK origin (see "UK origin" below) under normal circumstances; though we maintain the option to switch traffic to a CDN — we test this regularly with live traffic. Requests for web pages from all other geographies are *always* served via a CDN (see "CDN" below).

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## CDN

As noted above, we use CDNs for non-UK/EU web page delivery and also for the majority of our web page assets for all geographies.

CDNs provide local-to-the-user TLS termination, content caching and persistent connections (to save the latency of creating new connections with TLS handshakes for each request) to our origin, all of which aid performance.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Live Streaming by the BBC and ITV

The BBC uses two external CDNs called Akamai and Limelight (now known as Edgio), and have more recently built their own CDN called BIDI ("BBC Internet Distribution Infrastructure"). Testing observed only Akamai and Limelight being used for BBC live streaming. The BBC uses a blend of HLS, HDS, and DASH, depending upon the client type.

https://www.thousandeyes.com/blog/beyond-speed-tests-cdn-performance



https://www.bbc.com/video



*Source: Fiddler Capture*



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

Content Delivery Network (CDN) lies the idea of edge servers and Points of Presence (Pop). Edge servers are strategically distributed across the globe to cache and serve content to users from locations closer to them, reducing the physical distance data must travel. A Pop is a network access point that houses one or more edge servers, strategically placed in high-demand or geographically significant areas to optimize content delivery. This decentralized architecture ensures that users, regardless of their location, experience faster load times and lower latency by accessing data from the nearest Pop rather than a central server located far away.



https://medium.com/@keshankucodeolima/content-delivery-network-cdn-things-you-want-to-know-3b428d0435a8

| d. the computing system of the broadcaster configured to receive a trigger message originated by a system of the broadcaster, and, | The accused instrumentality discloses the computing system (e.g., servers, etc.) of the broadcaster (e.g., a content provider) configured to receive a trigger message (e.g., an "Up Next" trigger message) originated by a system of the broadcaster (e.g., an automation system of the broadcaster, etc.), and, in response to the trigger message (e.g., an "Up Next" trigger message), to create a script command (e.g., computer instructions, etc.) specifying a supplemental media stream (e.g., another video news, podcast, etc.) and associated audience web page (e.g., a web page of the accused instrumentality) reconfiguration data (e.g., changed layout, etc.) to accommodate the supplemental media stream (e.g., another video news, podcast, etc.). |

| | |
|---|---|
| in response to the trigger message, to create a script command specifying a supplemental media stream and associated audience web page reconfiguration data to accommodate the supplemental media stream;<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other display elements* | As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (bbc.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br><br>During playback, an "Up Next" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Up Next" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |

| | |
|---|---|
| *or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | The BBC wants to make people in the US pay for its content. The public broadcaster announced on Thursday that it will start offering US-based users an $8.99 per month (or $49.99 per year) subscription for "unlimited" access to news stories, feature reports, and the BBC News channel livestream.<br><br>Users in the US will still get free access to "select" breaking news stories, BBC Radio 4 and BBC World Service radio livestreams, BBC World Service sites, as well as newsletters and podcasts. BBC.com will use a "dynamic pay model" to show paywalls to certain readers depending on how much they read and how long they're on the site.<br><br>https://www.theverge.com/news/693566/bbc-online-tv-content-paywall-subscription-us |



### BBC: World News & Stories

About this app                                                                    ✕

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US

**Can I save video to watch later?**

No. Currently, the BBC offers video and audio clips as streams which are only available when your device has a network connection.

**How can I use the BBC News app when not connected to the internet?**

The app will automatically save stories on the device for reading when you don't have a network connection.

As video and audio clips are streamed to the device, these won't be available when you don't have a network connection.

https://www.bbc.com/news/help-23100271



https://www.bbc.com/video

## Delivery of content

Our content delivery method varies based on both the type of content and the geographic location of the requester. For the most part, we serve our various classes of website content from specific hostnames. This allows us to route requests for e.g. web pages differently to requests for e.g. static assets (images, stylesheets, Javascript etc.) and tune the infrastructure involved accordingly.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Web pages

Requests for web pages from users in the UK & European are served direct from our UK origin (see "UK origin" below) under normal circumstances; though we maintain the option to switch traffic to a CDN — we test this regularly with live traffic. Requests for web pages from all other geographies are *always* served via a CDN (see "CDN" below).

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## CDN

As noted above, we use CDNs for non-UK/EU web page delivery and also for the majority of our web page assets for all geographies.

CDNs provide local-to-the-user TLS termination, content caching and persistent connections (to save the latency of creating new connections with TLS handshakes for each request) to our origin, all of which aid performance.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Live Streaming by the BBC and ITV

The BBC uses two external CDNs called Akamai and Limelight (now known as Edgio), and have more recently built their own CDN called BIDI ("BBC Internet Distribution Infrastructure"). Testing observed only Akamai and Limelight being used for BBC live streaming. The BBC uses a blend of HLS, HDS, and DASH, depending upon the client type.

https://www.thousandeyes.com/blog/beyond-speed-tests-cdn-performance

When a video is playing on the accused instrumentality's web page, the accused

instrumentality generates an "Up Next" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



https://www.bbc.com/video



https://www.bbc.com/video



https://www.bbc.com/video

| e. the computing system of the broadcaster configured to send the script command to the audience web pages in association with the streamed broadcast media | The accused instrumentality discloses the computing system of the broadcaster (e.g., servers, etc.) configured to send the script command (e.g., computer instructions, etc.) to the audience web pages (e.g., a webpage of the accused instrumentality) in association with the streamed broadcast media content (e.g., video news, podcasts, etc.).<br><br>As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (bbc.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or |

| | |
|---|---|
| content; and, | broadcast operations.<br><br>During playback, an "Up Next" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Up Next" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content.<br><br>The BBC wants to make people in the US pay for its content. The public broadcaster announced on Thursday that it will start offering US-based users an $8.99 per month (or $49.99 per year) subscription for "unlimited" access to news stories, feature reports, and the BBC News channel livestream.<br><br>Users in the US will still get free access to "select" breaking news stories, BBC Radio 4 and BBC World Service radio livestreams, BBC World Service sites, as well as newsletters and podcasts. BBC.com will use a "dynamic pay model" to show paywalls to certain readers depending on how much they read and how long they're on the site.<br><br>https://www.theverge.com/news/693566/bbc-online-tv-content-paywall-subscription-us |



### BBC: World News & Stories

About this app

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US

**Can I save video to watch later?**

No. Currently, the BBC offers video and audio clips as streams which are only available when your device has a network connection.

**How can I use the BBC News app when not connected to the internet?**

The app will automatically save stories on the device for reading when you don't have a network connection.

As video and audio clips are streamed to the device, these won't be available when you don't have a network connection.

https://www.bbc.com/news/help-23100271



https://www.bbc.com/video

## Delivery of content

Our content delivery method varies based on both the type of content and the geographic location of the requester. For the most part, we serve our various classes of website content from specific hostnames. This allows us to route requests for e.g. web pages differently to requests for e.g. static assets (images, stylesheets, Javascript etc.) and tune the infrastructure involved accordingly.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Web pages

Requests for web pages from users in the UK & European are served direct from our UK origin (see "UK origin" below) under normal circumstances; though we maintain the option to switch traffic to a CDN — we test this regularly with live traffic. Requests for web pages from all other geographies are *always* served via a CDN (see "CDN" below).

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

**CDN**

As noted above, we use CDNs for non-UK/EU web page delivery and also for the majority of our web page assets for all geographies.

CDNs provide local-to-the-user TLS termination, content caching and persistent connections (to save the latency of creating new connections with TLS handshakes for each request) to our origin, all of which aid performance.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

## Live Streaming by the BBC and ITV

The BBC uses two external CDNs called Akamai and Limelight (now known as Edgio), and have more recently built their own CDN called BIDI ("BBC Internet Distribution Infrastructure"). Testing observed only Akamai and Limelight being used for BBC live streaming. The BBC uses a blend of HLS, HDS, and DASH, depending upon the client type.

https://www.thousandeyes.com/blog/beyond-speed-tests-cdn-performance

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Up Next" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality

dynamically updates the layout of the web page to accommodate the additional content.



https://www.bbc.com/video



audience web page

a media content

supplemental media stream

trigger message

Watch: Singles pray to a goddess for love in Bangkok

01:31

Cancel          ▶ Up next in 5

Giant robot tribute to Brazil's President Lula leads start of Rio Carnival

https://www.bbc.com/video



https://www.bbc.com/video

| | |
|---|---|
| f. software of the audience web pages configured to receive the script command and to execute the instructions of the script command to reconfigure the layout of the | The accused instrumentality discloses software (e.g., embedded media player, etc.) of the audience web pages (e.g., a web page of the accused instrumentality) configured to receive the script command (e.g., computer instructions, etc.) and to execute the instructions of the script command (e.g., computer instructions, etc.) to reconfigure the layout (e.g., layout of web interface, etc.) of the audience web page pages (e.g., a web page of the accused instrumentality) for presentation of the supplemental media stream (e.g., another video news, podcast, etc.), and to access and play the supplemental media stream (e.g., another video news, podcast, etc.).

As shown below, the accused instrumentality utilizes servers, content delivery networks (CDNs), etc. that store, process, and distribute media files. When a user clicks on a news video, |

| | |
|---|---|
| audience web page for presentation of the supplemental media stream, and to access and play the supplemental media stream.<br><br>**Col 12: lines 40-43**<br><br>*At the same time, to optimize the entire media player while a video or other replacement content, or additional content, is played or shown, other display elements or regions can be resized, moved, hidden, shown, dimmed, highlighted.* | the embedded media player on the webpage requests the video segments from streaming servers. The media streams through the Internet to web pages (bbc.com). An automation system (e.g., a system of the broadcaster) is a broadcaster's control platform that manages and coordinates the timing of media playback and signaling events during streaming or broadcast operations.<br><br>During playback, an "Up Next" trigger message is generated by the broadcaster's automation system to indicate that another video is scheduled to be presented to the viewer. When the accused instrumentality receives the "Up Next" trigger message, the system processes the trigger and generates a script command to be executed on the audience's web page. This script command defines what change must occur on the audience's web page, such as modifying the video player area, etc. Once generated, the command is sent to the user's browser to be executed. The web interface is updated to accommodate the additional content. |

The BBC wants to make people in the US pay for its content. The public broadcaster announced on Thursday that it will start offering US-based users an $8.99 per month (or $49.99 per year) subscription for "unlimited" access to news stories, feature reports, and the BBC News channel livestream.

Users in the US will still get free access to "select" breaking news stories, BBC Radio 4 and BBC World Service radio livestreams, BBC World Service sites, as well as newsletters and podcasts. BBC.com will use a "dynamic pay model" to show paywalls to certain readers depending on how much they read and how long they're on the site.

https://www.theverge.com/news/693566/bbc-online-tv-content-paywall-subscription-us



### BBC: World News & Stories

About this app

THE BBC APP: News, stories, audio, videos and live coverage from our trusted global network of journalists.

BBC STORIES: The latest, breaking news headlines, articles, podcasts and videos, including coverage of world News, UK News, elections, BBC Verify, BBC In-Depth and more. Stories and videos covering business, innovation, culture, arts, travel, Earth, and much more.

LIVE COVERAGE: Follow live news and live global sport updates.

BBC RADIO: Listen live to BBC World Service and Radio 4 while using the BBC app or background audio when switching to another app. Catch up on demand with some previously aired radio shows via the radio schedule page.

BBC PODCASTS: Listen to, save and follow on-demand podcasts such as The Global Story and World of Secrets. For offline listening, download episodes to your mobile device. Find current and past episodes from news, politics, culture, true, crime, history, science and sport.

https://play.google.com/store/apps/details?id=bbc.mobile.news.ww&hl=en_US

**Can I save video to watch later?**

No. Currently, the BBC offers video and audio clips as streams which are only available when your device has a network connection.

**How can I use the BBC News app when not connected to the internet?**

The app will automatically save stories on the device for reading when you don't have a network connection.

As video and audio clips are streamed to the device, these won't be available when you don't have a network connection.

https://www.bbc.com/news/help-23100271



https://www.bbc.com/video

## Delivery of content

Our content delivery method varies based on both the type of content and the geographic location of the requester. For the most part, we serve our various classes of website content from specific hostnames. This allows us to route requests for e.g. web pages differently to requests for e.g. static assets (images, stylesheets, Javascript etc.) and tune the infrastructure involved accordingly.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

**Web pages**

Requests for web pages from users in the UK & European are served direct from our UK origin (see "UK origin" below) under normal circumstances; though we maintain the option to switch traffic to a CDN — we test this regularly with live traffic. Requests for web pages from all other geographies are *always* served via a CDN (see "CDN" below).

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-9b72f48f857c

**CDN**

As noted above, we use CDNs for non-UK/EU web page delivery and also for the majority of our web page assets for all geographies.

CDNs provide local-to-the-user TLS termination, content caching and persistent connections (to save the latency of creating new connections with TLS handshakes for each request) to our origin, all of which aid performance.

https://medium.com/bbc-product-technology/how-we-deliver-bbc-web-pages-to-the-internet-

9b72f48f857c

# Live Streaming by the BBC and ITV

The BBC uses two external CDNs called Akamai and Limelight (now known as Edgio), and have more recently built their own CDN called BIDI ("BBC Internet Distribution Infrastructure"). Testing observed only Akamai and Limelight being used for BBC live streaming. The BBC uses a blend of HLS, HDS, and DASH, depending upon the client type.

https://www.thousandeyes.com/blog/beyond-speed-tests-cdn-performance

When a video is playing on the accused instrumentality's web page, the accused instrumentality generates an "Up Next" trigger indicating that another video is scheduled to be presented to the viewer. In response, the platform displays an additional video (e.g., supplemental media stream) within an on-screen overlay. The accused instrumentality dynamically updates the layout of the web page to accommodate the additional content.



https://www.bbc.com/video



[https://www.bbc.com/video](https://www.bbc.com/video)



**Watch: Singles pray to a goddess for love in Bangkok**

This Valentine's Day in Bangkok, singles headed to an unusual spot:

00:11                                                                01:31

https://www.bbc.com/video